# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>FATEMAH SANIEFAR dba ZLFRED'S, et al.,<br><br>        Defendants. | No.  1:14-cv-01067-SKO<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |

**WHEREAS,** Plaintiff, Ronald Moore ("Plaintiff"), seeks to amend his complaint to allege additional barriers relating to his disability which were identified at the site inspection of the subject property conducted on December 2, 2014, as permitted by *Chapman v. Pier 1 Imports (U.S.), Inc.*, 631 F.3d 939, 944 (9th Cir. 2011), and required by *Oliver v. Ralphs Grocery Co.*, 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice Defendants, Fatemah Saniefar dba Zlfred's; Gholamreza Saniefar dba Zlfred's; Zlfred's, Inc., a California corporation; and Alireza Saniefar, Trustee of the Bost Trust (collectively "Defendants"), nor does the amendment in any way change the nature of the action;

**WHEREAS**, the amendment will not modify any date or deadline fixed by the Court's Scheduling Order dated November 3, 2014 (Dkt. 22) pursuant to Fed. R. Civ. P. 16(b)(4);

1  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and
2  Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may
3  file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."
4  **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint
5  within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'
6  response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
7  filed.
8  **IT IS SO STIPULATED**.

Dated:  January 16, 2015           MOORE LAW FIRM, P.C.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorneys for Plaintiff
                                   Ronald Moore

                                   SANIEFAR LAW


                                   */s/ Moji Saniefar*
                                   Moji Saniefar
                                   Attorneys for Defendants
                                   Fatemah Saniefar dba Zlfred's; Gholamreza
                                   Saniefar dba Zlfred's; Zlfred's, Inc., a California
                                   corporation; and Alireza Saniefar, Trustee of the
                                   Bost Trust

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;
ORDER

# **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his First Amended Complaint, a copy of which was filed with the parties' Stipulation, within 5 days of the date this Order is filed; and

2. Defendants shall a responsive pleading no later than 14 days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **January 20, 2015**           **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE