MOJI SANIEFAR (SBN 233330)
SANIEFAR LAW
1220 Howard Ave., Suite 200
Burlingame, CA 94010
Tel: (650) 581-0025
Email: moji@saniefarlaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RONALD MOORE, <br><br> Plaintiff, <br><br> vs. <br><br> FATEMEH SANIEFAR dba ZLFRED'S; GHOLAMREZA SANIEFAR dba ZLFRED'S; ZLFRED'S, INC. a California Corporation; ALIREZA SANIEFAR, Trustee of the BOST TRUST, <br><br> Defendants. | Case No.: 1:14-cv-01067-SKO <br><br> ORDER MODIFYING SCHEDULING ORDER |

**ORDER**

Pursuant to the parties' "Stipulation Modifying Scheduling Order" (Doc. 85), and good cause having been shown under Fed. R. Civ. P. 16(b)(4), it is hereby ORDERED that the dates set forth in the Scheduling Order (Doc.84) in this case are modified as follows:

- The expert disclosure deadline shall be changed from September 1, 2016 to September 14, 2016; and
- The rebuttal expert disclosure deadline shall be changed from September 23, 2016 to September 28, 2016.

1       All remaining dates issued in the Scheduling Order are to remain unchanged.

2   IT IS SO ORDERED.

3
    Dated:  **August 28, 2016**                    /s/ *Sheila K. Oberto*
4                                            UNITED STATES MAGISTRATE JUDGE