# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>              Plaintiff,<br><br>      v.<br><br>FATEMAH SANIEFAR, et al.,<br><br>              Defendants.<br>_____/ | Case No. 1:14-cv-01067-SKO<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 92)** |

Before the Court is the parties' joint Stipulation Modifying Scheduling Order, in which the parties request that the Court alter certain dates in the operative Scheduling Order for this action (the "Request"). (Doc. 92.) For good cause shown, the Court GRANTS the parties' Request. (*Id.*)

Accordingly, the Court ORDERS the following:

(1)   The hearing date for dispositive motions, including Defendants' pending Motion for Summary Judgment (the "Motion"), (Doc. 90), is continued from January 11, 2017 to **February 15, 2017 at 9:30 a.m.**

(2) Plaintiff shall file his opposition brief to the Motion no later than **February 1, 2017**, and Defendants shall file their reply brief in support of the Motion by **February 8, 2017**.

(3) The settlement conference in this case is continued from January 10, 2017, to **February 27, 2017, at 10:00 a.m.** in Courtroom 9 before the Honorable Stanley A. Boone.

IT IS SO ORDERED.

Dated:  **December 28, 2016**                          /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

2