# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FATEMAH SANIEFAR, et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-01067-SKO<br><br>ORDER VACATING FEBRUARY 27, 2017 SETTLEMENT CONFERENCE |

A settlement conference in this action is set for February 27, 2017, before the undersigned. (ECF No. 95.) The Court has received and reviewed the parties' confidential settlement statements. Additionally, the Court has conducted a number of telephonic conferences with the parties regarding the possibility of settlement. The Court finds that at this time it would not be fruitful to conduct a settlement conference. Accordingly, the settlement conference set for February 27, 2017, shall be vacated.

If it appears that settlement discussions at a later date would be appropriate, the parties may contact Courtroom Deputy Mamie Hernandez at (559) 499-5672 to schedule a settlement conference before Magistrate Judge Stanley A. Boone.

/ / /

/ / /

/ / /

1

1    Based on the foregoing, IT IS HEREBY ORDERED that the settlement conference set
2 for February 27, 2017 at 10:00 a.m. in Courtroom 9 is VACATED and the parties need not
3 appear at that time.

IT IS SO ORDERED.

Dated:   **February 24, 2017**

UNITED STATES MAGISTRATE JUDGE

2